

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | BRADFORD C. PATRICK<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-1575<br>Fax: (212) 788-9776 |

March 12, 2008

BY HAND
Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-13-08

Re: Thomas Hooker v. City of New York, et al., 08 CV 1691 (VM)

Dear Judge Marrero:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendant City of New York ("City") in the above-referenced matter. I am writing with the consent of plaintiff's counsel, Darius Wadia, Esq., to respectfully request a sixty-day enlargement of time, from March 13, 2008 until May 14, 2008, within which defendant City may answer or otherwise respond to the complaint. This is defendant City's first request for an enlargement of time in this action.

  The complaint alleges, inter alia, that plaintiff was falsely arrested and illegally searched. In addition to defendant City, the complaint purports to name "Alexander Nivar," "John Doe 1," and "John Doe 2" as defendants.[1] Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

  In view of the foregoing, it is respectfully requested that the Court grant the within request extending defendant City's time to answer or otherwise respond to the complaint until May 14, 2008.

---

[1] On information and belief, Police Officer Alexander Nivar, who plaintiff purports to name as a defendant, has not been served with a copy of the summons and complaint in this action.

Thank you for your consideration in this regard.

                    Respectfully submitted,

                    Bradford C. Patrick
                    Assistant Corporation Counsel
                    Special Federal Litigation Division

cc:   BY FAX AT (212) 571-9149
       Darius Wadia
       Darius Wadia, LLP
       Attorney for Plaintiff
       233 Broadway, Suite 2208
       New York, NY 10279

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 5-14-08.

SO ORDERED.

3-13-08
DATE     VICTOR MARRERO, U.S.D.J.

2