JUDGE MARRERO

## UNITED STATES DISTRICT COURT

Southern District of New York

Thomas Hooker,

           Plaintiffs

-against-

The City of New York, Alexander Nivar, John Doe 1 and John Doe 2

           Defendants

**SUMMONS IN A CIVIL ACTION**

**08 CV 01691**

To:   New York City
Corporation Counsel Office
100 Church Street, 4th floor
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY

Darius Wadia
Darius Wadia, LLC
233 Broadway, Suite 2208
New York, New York 10279

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a period of time after service.

**J. MICHAEL McMAHON**
_____
Clerk

FEB 20 2008
_____
Date

_____
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Thomas Hooker,<br><br>Plaintiffs<br><br>-against-<br><br>The City of New York, Alexander Nivar, John Doe 1 and John Doe 2<br><br>Defendants | DECLARATION OF SERVICE<br><br>08 CV 01691 (VM)<br><br>ECF CASE |

    I, Darius Wadia, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true:

    1.    That I am over 18 years of age and am not a party to this action;

    2.    That on February 22, 2008, at 1:58 PM, at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a Summons and Complaint upon Defendant City of New York, by personally delivering and leaving one true copy of the Summons and Complaint with Soraya Bonit, Systems Analyst

Dated:    New York, New York
             March 31, 2008

                                            Darius Wadia (DW8679)
                                            233 Broadway, Suite 2208
                                            New York, New York 10279