

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRADFORD C. PATRICK
*Assistant Corporation Counsel*
Tel.: (212) 788-1575
Fax: (212) 788-9776

JUN 16 2007

June 13, 2008

BY HAND
Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08

Re: Thomas Hooker v. City of New York, et al., 08 CV 1691 (VM)

Dear Judge Marrero:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney for defendants City of New York and Police Officer Alexander Nivar in the above-referenced matter. I am writing with the consent of plaintiff's counsel, Darius Wadia, Esq., to respectfully request that the initial conference in this matter, which is currently scheduled for June 20, 2008 at 11:00 a.m., be adjourned to a later date.

    The reason for this request is that I will be out of the office attending to a personal matter on June 20, 2008. After conferring with plaintiff's counsel, it appears that the parties are available during the morning hours of June 26, 2008 and generally available July 1 through July 3, 2008.

    In view of the foregoing, it is respectfully requested that the Court grant the within request adjourning the Court conference currently scheduled for June 20, 2008 at 11:00 a.m. until a later date.

Thank you for your consideration in this regard.

Respectfully submitted,

Bradford C. Patrick
Assistant Corporation Counsel
Special Federal Litigation Division

CC: BY FAX AT (212) 571-9149
Darius Wadia, Esq.
Darius Wadia, LLP
Attorney for Plaintiff
233 Broadway, Suite 2208
New York, NY 10279

Request GRANTED. The initial status conference herein is rescheduled to 7-3-08 at 9:15 a.m.

SO ORDERED.

6-16-08
DATE      VICTOR MARRERO, U.S.D.J.

2